IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| A.P.H-D., | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : Case No. 4:25-cv-15-CDL-AGH |
| | : 28 U.S.C. § 2241 |
| MERRICK GARLAND, *et al.*, | : |
| | : |
| Respondents. | : |

## ORDER

On February 12, 2025, Respondents filed a motion to dismiss based on Petitioner's release from detention under an order of supervision ("OSUP") (ECF No. 6). Such motions are usually supported by a copy of the OSUP. However, in this case, the OSUP was not filed with the motion to dismiss. Additionally, based on the certificate of service attached to the motion, it is not clear that Petitioner was served with a copy of said motion. *See* Resp'ts' Mot. to Dismiss 5, ECF No. 6 (showing service on Petitioner at Stewart Detention Center). Because the Court wants to ensure Petitioner has a meaningful opportunity to respond to the motion to dismiss, Respondents are **ORDERED** to file a supplement addressing this issue within fourteen (14) days of the date of this Order.

**SO ORDERED**, this 28th day of March, 2025.

 s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE